

52 Duane Street – 7th Floor – New York, New York 10007
Telephone: 917-533-5965 • Email: emacedonio@Yahoo.com

October 9, 2024

**Electronically Filed**

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                           Re: United States v. Ayala-Pineda
                                            21 Cr. 635

Dear Judge Azrack:

      Mark DeMarco and I represent Rigel Yohario Velasquez-Mancia in the above matter. The case is currently on the Court's calendar for sentencing on October 10, 2024. With the consent of the Government, we write seeking a 45-day adjournment.

      The within request is made to allow counsel sufficient time to resolve a post-plea issue that is relevant to Mr. Velasquez-Mancia's sentence. We believe the requested time will allow us to properly address this matter and brief the Court prior to the imposition of sentence.

      We thank Your Honor for her consideration.

                                                  Respectfully submitted,
                                                  ***Elizabeth E. Macedonio***
                                                  Elizabeth E. Macedonio
                                                 Mark DeMarco
                                                 *Attorneys for the Defendant*
                                                 *Rigel Yohario Velasquez-Mancia*

All Counsel Via ECF